UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMEN TAVAREZ-VARGAS ET AL.,
                 Plaintiffs,

     - against -

HEARTWISE INCORPORATED,
                 Defendant.

21-cv-10808 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The complaint was filed on December 16, 2021. Pursuant to Federal Rule of Civil Procedure 4(m), the time to serve the defendant was March 17, 2022.

The time to serve the defendant is extended to **April 5, 2022.** If the plaintiff does not serve the defendant by that time, the complaint may be dismissed for failure to serve.

SO ORDERED.
Dated:    New York, New York
           March 21, 2022

                                          John G. Koeltl
                                  United States District Judge